

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2013

No. 04-12-00628-CV

Luis A. **URIBE**,
Appellant

v.

Sara Rodriguez **URIBE**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2004CVG001255 C1
Honorable Alvino (Ben) Morales, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant Luis A. Uribe.

It is so ORDERED on June 26, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2013.

_____
Keith E. Hottle, Clerk